IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:23-CV-00356-KDB-SCR

| | |
|---|---|
| KRISTEN KUKLINSKI,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the parties' Stipulation for an Award of Attorney's Fees under the Equal Access to Justice Act (Doc. No. 12). Having reviewed the stipulation, and for good cause shown, the Court will grant the relief requested.

**IT IS HEREBY ORDERED** that the parties' request is **GRANTED** and the Court awards Plaintiff fees in the amount of $6,300.00. *See* 28 U.S.C. § 2412(d). Under *Comm'r of Soc. Sec. v. Ratliff*, 560 U.S. 586, 130 S. Ct. 2521 (2010), the fee award will first be subject to offset of any debt Plaintiff may owe to the United States. The Commissioner will determine whether Plaintiff owes a debt to the United States. If so, the debt will be satisfied first, and if any funds remain, they will be made payable to Plaintiff and mailed to Plaintiff's counsel. If the United States Department of the Treasury reports to the Commissioner that the Plaintiff does not owe a federal debt, the government will exercise its discretion and honor an assignment of EAJA fees and pay the awarded fees directly to Plaintiff's counsel. No additional petition pursuant to 28 U.S.C. § 2412(d) shall be filed.

  **SO ORDERED.**

1

Signed: June 5, 2024

*Kenneth D. Bell*
Kenneth D. Bell
United States District Judge